UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

In re:

Samantha Ashley Morrison

Case No. 24-40076-KKS

Chapter 13

Debtor
_____/

## NOTICE OF CHANGE OF DEBTOR'S ADDRESS

COMES NOW, the Debtor, SAMANTHA ASHLEY MORRISON, by and through the undersigned counsel, and files this Notice of Change of Address in the above captioned case. The Debtor's address is:

Samantha Ashley Morrison
4768 Woodville Hwy
APT 511
Tallahassee, FL 32304

DATED: March 13, 2024

**STIBERMAN LAW, P.A.**
2601 Hollywood Boulevard
Hollywood, Florida 33020
Tel. (954) 922-2283
Fax. (954) 302-8707

By: */s/ Robert A. Stiberman*
Robert A. Stiberman, Esquire
FBN #132799